IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:19-CR-0064**

:

**v.** :

:

**TERRANCE HARDEN** : **Judge Sylvia H. Rambo**

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation (Doc. 51) is adopted in part and Mr. Harden's motion to suppress (Doc. 26) is **DENIED.**

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge

Dated: October 16, 2020.